UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON DICKERSON,

                      Plaintiff,

        -against-

NEW YORK CITY, ET AL

                      Defendants.

23-CV-6387 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 11, 2024
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                       Chief United States District Judge